P.D.R. PD-1295&1296&1297-15
C.D.A. 06-15-00038-CR

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

ROBERT BRICE DAUGHERTY

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

-V-

STATE OF TEXAS

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS!

COMES NOW ROBERT BRICE DAUGHERTY AND FILES THIS MOTION TO REQUEST THAT THE TIME FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW BE EXTENDED BY 30 DAYS TO ALLOW HIM REASONABLE TIME TO SHOW THE MERITS OF HIS INSTANT CASE.

### I

PETITION IS DUE OCTOBER 8, 2015. DUE TO THE 30 DAY DEADLINE FOR FILING A PETITION FOR A DISCRETIONARY REVIEW.

### II

AT THIS TIME DAUGHERTY FILES THIS REQUEST PRO-SE AND ANTICIPATES FILING HIS PETITION FOR DISCRETIONARY REVIEW PRO-SE.

### III

THIS EXTENSION IS NOT FOR PURPOSE OF DELAY. THE UNDERSIGNED REQUEST AN ADDITIONAL 30 DAYS DUE TO THE FOLLOWING. DAUGHERTY HAS BEEN INFORMED THAT HE'S NOT ENTITLED TO A COURT APPOINTED ATTORNEY TO FILE HIS (PDR) FOR HIM.

-1-

So Daugherty respectfully request additional time so he may review the records more extensively and prepare and file the (PDR) Pro-se.

## IV

There has been no previous request for an extension.

## V

The undersigned was unable to confer with the state and does not know if the state is opposed to this request.

Wherefore. Daugherty request the Court of Criminal Appeals to extend the time for filing his petition for a discretionary review to October the 8, 2015. And for such other and further relief to which the undersigned is justly entitled.

### DECLARATION OF INCARCERATED INDIVIDUAL

I Robert Brice Daugherty being presently incarcerated in the Institutional Division of the Texas Department of Criminal Justice at the Wynne Unit in Walker County Texas declare under penalty of perjury that I have read this motion and the seperate motion to suspend 9.3 ruling and that the factual allegations in the foregoing are true and correct.

_Robert Brice Daugherty_    Pro-se

RESPECTFULLY
    SUBMITTED,

*Robert Brice Daugherty*
TDCJ-ID # 01982423
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TEXAS
        77349


## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT HAS BEEN SERVED ON ALL PARTIES OF THE RECORD, ON THIS THE 21 DAY OF SEPTEMBER 2015.

*Robert Brice Daugherty* PRO-SE

ABEL ACOSTA / CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS
        78711

ROBERT BRICE DAUGHERTY
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TEXAS
        77349